

# United States District Court
# Eastern District of California

| Anthony Rogers proposed Guardian Ad Litem |

Plaintiff(s)

Case Number: 2:24-cv-02587-TLN-CSK

V.

| Mountain Valley United School District, et al. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Wendy R. Stein hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Soter Technologies, LLC

On 06/20/2003 (date), I was admitted to practice and presently in good standing in the New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/07/2025          Signature of Applicant: /s/ Wendy R. Stein

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Wendy R. Stein |
| Law Firm Name: | Ballard Spahr LLP |
| Address: | 1675 Broadway |
| | 19th Floor |
| City: | New York    State: NY    Zip: 10019 |
| Phone Number w/Area Code: | (646) 346-8078 |
| City and State of Residence: | North Caldwell, NJ |
| Primary E-mail Address: | steinw@ballardspahr.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Mitchell Turbenson |
| Law Firm Name: | Ballard Spahr LLP |
| Address: | 2029 Century Park East, Suite 1400 |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | (424) 204-4400    Bar #: 346024 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 14, 2025

*/s/ Chi Soo Kim*
JUDGE, U.S. DISTRICT COURT



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Wendy Risa Stein

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 20, 2003**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on July 1, 2025.

*Susanna M. Rojas*
Clerk of the Court

CertID-00239586