UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ROGERS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MOUNTAIN VALLEY UNIFIED<br>SCHOOL DISTRICT, et al.,<br><br>    Defendants. | No. 2:24-cv-02587-TLN-CSK<br><br><br>**ORDER** |

On November 6, 2025, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  (ECF No. 46.)  On November 20, 2025, Plaintiffs filed objections to the findings and recommendations, including objecting to the dismissal of Defendant Soter Technologies and arguing Plaintiffs can establish liability against Defendant Soter Technologies based on a joint enterprise theory.  (ECF No. 50.)  On December 4, 2025, Defendant Soter Technologies filed a response to the objections.  (ECF No. 55.)  On March 17, 2026, Plaintiff filed a Notice of Clarification and Supplemental Argument in Support of their Objections.  (ECF No. 63.)  The Court has considered all objections and responses raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review. The Court has carefully reviewed the file, including the objections, response to the objections,

1

and supplemental argument in support of objections, and finds the findings and recommendations are supported by the record and by proper analysis.  The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 46) are ADOPTED IN FULL;

2. Defendant Soter Technologies' motion to dismiss the Second Amended Complaint (ECF No. 19) is GRANTED; and

3. Defendant Soter Technologies is DISMISSED with prejudice.

IT IS SO ORDERED.

Date: March 31, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2